IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONSHEEK J. BASKERVILLE,** | : CIVIL ACTION NO. 1:18-CV-2395 |
| Petitioner | : |
| | : (Judge Conner) |
| v. | : |
| | : |
| **COMMONWEALTH OF PENNSYLVANIA,** | : |
| | : |
| Respondent | : |

# ORDER

AND NOW, this 8th day of January, 2021, upon consideration of the petition for writ of habeas corpus (Doc. 1), wherein petitioner Ronsheek Baskerville ("petitioner"), challenges a preliminary hearing held in the Dauphin County Court of Common Pleas, see Commonwealth v. Baskerville, https://ujsportal.pacourts.us, electronic docket numbers MJ-12101-CR-0000059-2018, CP-22-CR-0001187-2018 (Pa. Ct. Com. Pl. Dauphin Cty.), and it being clear that petitioner's formerly pending state charges were nolle prossed and the charges were eventually federalized, see United States v. Baskerville, No. 1:19-cr-33 (M.D. Pa.), and that petitioner is not in custody for the formerly pending state charges, and that his challenge to the nolle prossed state charges is moot, see Spencer v. Kemna, 523 U.S. 1, 7 (1998) (a federal court may decide a case only if it presents an Article III case or controversy); Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Piskanin v. Krysevig, 349 F. App'x 683, 685 (3d Cir. 2009) (not precedential) (former pretrial detainee's habeas

petition seeking relief from state court charges was moot where charges were dismissed by entry of nolle prosequi), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to CLOSE this case.

                                         /S/ CHRISTOPHER C. CONNER
                                         Christopher C. Conner
                                         United States District Judge
                                         Middle District of Pennsylvania